

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00007-CV

IN THE INTEREST OF M.S., A CHILD    §    On Appeal from the 233rd District Court

                                    §    of Tarrant County (233-585880-15)

                                    §    June 28, 2021

                                    §    Memorandum Opinion by Justice Womack

## JUDGMENT ON REHEARING

After considering appellant's motion for rehearing of our opinion dated May 6, 2021, we deny the motion, withdraw our prior opinion and judgment dated May 6, 2021, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack